4330-16001/RJC/js/#4492023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILIANA REYES, )  )  Plaintiff, )  )  vs. )  )  HILTON MANAGEMENT, LLC )  )  Defendant. ) | No.: 16-cv-5704 |

## DEFENDANT'S NOTICE OF REMOVAL

NOW COMES the Defendant, HILTON MANAGEMENT LLC, by and through its attorney, Robert J. Comfort of JOHNSON & BELL, LTD., and pursuant to Title 28 United States Code, Sections 1332(a), 1441(a), and 1446(b), hereby files its Notice of Removal of this civil action to this Court from the Circuit Court of Cook County, Law Division, Illinois for the following reasons:

1. Plaintiff, Iliana Reyes, commenced this action in the Circuit Court of Cook County, Law Division, by filing her Complaint at Law on January 5, 2016 under Court No. 16 L 000082 against Defendant, Hilton Management, LLC, and other named Hilton entities. *(A copy of plaintiff's Complaint at Law, is attached hereto and incorporated herein as Exhibit "A.")* On April 19, 2016, Plaintiff voluntarily dismissed the other named Hilton entities. (*A copy of the April 19, 2016 Order is attached hereto and incorporated herein as Exhibit "B"*)

2. Defendant, Hilton Management, LLC was served with Summons and a copy of the Complaint at Law through Corporate Service Company on January 14, 2016.

*(A copy of the Summons and purported Proof of Service is attached hereto and incorporated herein as Exhibit "C.")*

3. The Plaintiff's Complaint at Law failed to contain any allegations of plaintiff's citizenship. (*Exhibit "A"*) Consequently, the Plaintiff's Complaint at Law would not have established diversity jurisdiction. Pursuant to 28 U.S.C. §1446(b), "(i)f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable…" *28 U.S.C. §1446(b)*

4. On May 11, 2016, the Plaintiff answered initial written discovery initially disclosing that the Plaintiff, Iliana Reyes, is a citizen of the State of Arizona and is seeking monetary damages in excess of $75,000.00 exclusive of interest and costs. (*See Plaintiff's Answers to Interrogatories, Interrogatories Nos. 1 thru 7 attached hereto and incorporated herein as Exhibit "D"*)

5. The instant Notice of Removal is filed within thirty (30) days after Defendant first obtained evidence of Plaintiff's citizenship and ascertained the case was removable and is, thus, timely filed pursuant to Title 28, United States Code, Section 1446(b).

6. The Defendant, Hilton Management LLC, is a Delaware Limited Liability Company whose sole member is HLT Manage-Franchise Holding LLC. HLT Manage-Franchise Holding LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-A LLC. HLT Manage – Franchise Mezz I-A LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise

2

Mezz I-B LLC. HLT Manage – Franchise Mezz I-B LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-C LLC. HLT Manage – Franchise Mezz I-C LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-D LLC. HLT Manage – Franchise Mezz I-D LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-E LLC. HLT Manage – Franchise Mezz I-E LLC is a Delaware limited liability company whose member is HLT Manage – Franchise Mezz I-F LLC. HLT Manage – Franchise Mezz I-F LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-G LLC. HLT Manage – Franchise Mezz I-G LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-H LLC. HLT Manage – Franchise Mezz I-H LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-I LLC. HLT Manage – Franchise Mezz I-I is a Delaware limited liability company whose sole member is HLT Manage – Franchise Mezz I-J LLC. HLT Manage – Franchise Mezz I-J LLC is a Delaware limited liability company whose member is HLT Manage – Franchise Mezz I-K LLC. HLT Manage – Franchise Mezz I-K LLC is a Delaware limited liability company whose sole member is HLT Manage – Franchise Holdco LLC. HLT Manage – Franchise Holdco is a Delaware limited liability company whose sole member is Hilton World Wide, Inc. (*See Defendant Hilton Management LLC's Answers to Interrogatories filed on May 26, 2016 attached hereto and incorporated herein as Exhibit "E"*)

6. Hilton World Wide, Inc. is a Delaware Corporation with its principal place of business in McLean, Virginia pursuant to Title 28, United States Code, Section 1332(c)(1). (*Exhibit "E"*)

7. Complete diversity of citizenship exists as the plaintiff is a citizen of Arizona and the defendant is a citizen of Delaware and/or Virginia.

8. The Plaintiff's Complaint at Law herein alleges monetary damages in excess of the State Court's jurisdictional amount of $50,000.00. The Plaintiff's Complaint at Law herein alleges that the plaintiff sustained injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis which required surgery and significant post-surgical treatment, pain and suffering, disability, disfigurement, lost wages, physical and emotional trauma which are permanent in nature. (*See Exhibit "A", Count II, para. 14*) As such, defendant believes in good faith that there is a reasonable probability that the amount in controversy exceeds $75,000.00, exclusive of interests and costs. Title 28, U.S.C. 1332(a); *Shaw v. Dowd Brands*, 994 F.2nd 264, 366(n)(2) (7th Cir. 1993); *Rubel v.* Pfizer, Inc., 361 F. 3rd 1016 (7th Cir. 2004). Plaintiff also states in her answers to interrogatories that she will be seeking monetary damages in excess of $75,000.00 exclusive of interest and costs (*Exhibit "D", Interrog. No. 7*)

9. This court has original jurisdiction over this civil action based upon diversity of citizenship pursuant to Title 28, United States Code, Section 1332 et seq. Complete diversity of citizenship exists as plaintiff and defendants are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. Title 28, United States Code, Section 1332 et seq.

WHEREFORE, Defendant, HILTON MANAGEMENT LLC, files its Notice of Removal and Petitions this Court for removal of this civil action from the Circuit Court

4

of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division for all further proceedings in this matter.

Dated on May 31, 2016

                                      Respectfully submitted,

                                      JOHNSON & BELL, LTD.

                                      <u>/s/Robert J. Comfort</u>
                                      One of the Attorneys for
                                      Defendant:  HILTON MANAGEMENT LLC

Robert J. Comfort-ARDC#6192899
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
Facsimile:   (312) 372-9818
Email: <u>comfortr@jbltd.com</u>