ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
CALENDAR: X
PAGE 1 of 17
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ILIANA REYES<br><br>                  Plaintiff<br><br>v.<br><br>HILTON WORLDWIDE, INC., a Delaware Corporation, HILTON MANAGEMENT, LLC, a Delaware Limited Liability Company, HILTON RESORTS CORPORATION, a Delaware Corporation, HILTON SYSTEMS SOLUTIONS, LLC, a Delaware Limited Liability Company, HILTON RESERVATIONS WORLDWIDE, LLC, a Delaware Limited Liability Company, HILTON CHICAGO CORPORATION, a Nevada Corporation, and HILTON ILLINOIS CORP., a Nevada Corporation,<br><br>                  Defendants. | COURT # |

### COMPLAINT AT LAW

The Plaintiff, ILIANA REYES, by her attorneys, LEVIN & PERCONTI, complains against defendant, HILTON WORLDWIDE, INC., a Delaware Corporation, HILTON MANAGEMENT, LLC, a Delaware Limited Liability Company, HILTON RESORTS CORPORATION, a Delaware Corporation, HILTON SYSTEMS SOLUTIONS, LLC, a Delaware Limited Liability Company, HILTON RESERVATIONS WORLDWIDE, LLC, a Delaware Limited Liability Company, HILTON CHICAGO CORPORATION, a Nevada Corporation, and HILTON ILLINOIS CORP., a Nevada Corporation, as follows:



EXHIBIT A

## COUNT I
## REYES v. HILTON WORLDWIDE, INC.

1. On and prior to January 10, 2014, Defendant, HILTON WORLDWIDE, INC., a Delaware Corporation, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, HILTON WORLDWIDE, INC., operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant HILTON WORLDWIDE, INC., maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant HILTON WORLDWIDE, INC., managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, HILTON WORLDWIDE, INC., transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, ILIANA REYES ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, ILIANA, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including ILIANA, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 2 of 17

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, ILIANA slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant HILTON WORLDWIDE, INC., knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including ILIANA, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant HILTON WORLDWIDE, INC., owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, ILIANA.

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 3 of 17

13. Defendant, HILTON WORLDWIDE, INC., carelessly and negligently breached its duty in one or more of the following ways:

   a) **Maintained the premises of the hotel in an unreasonably dangerous condition;**

   b) **Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;**

   c) **Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and**

   d) **Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.**

14. As a direct and proximate cause of defendant HILTON WORLDWIDE, INC.'S careless and negligent acts or omissions, ILIANA suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, ILIANA REYES, asks that judgment be entered against defendant, HILTON WORLDWIDE, INC., a Delaware Corporation, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT II
## REYES v. HILTON MANAGEMENT, LLC

1. On and prior to January 10, 2014, Defendant, HILTON MANAGEMENT, LLC, a Delaware Limited Liability Company, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, HILTON MANAGEMENT, LLC, operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant HILTON MANAGEMENT, LLC, maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant HILTON MANAGEMENT, LLC, managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, HILTON MANAGEMENT, LLC, transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, ILIANA REYES ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, ILIANA, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 4 of 17

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including ILIANA, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, ILIANA slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant HILTON MANAGEMENT, LLC, knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including ILIANA, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant HILTON MANAGEMENT, LLC, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, ILIANA.

13. Defendant, HILTON MANAGEMENT, LLC, carelessly and negligently breached its duty in one or more of the following ways:

   a) Maintained the premises of the hotel in an unreasonably dangerous condition;

   b) Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;

   c) Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and

   d) Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.

14. As a direct and proximate cause of defendant HILTON MANAGEMENT, LLC'S careless and negligent acts or omissions, ILIANA suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 5 of 17

injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, ILIANA REYES, asks that judgment be entered against defendant, HILTON MANAGEMENT, LLC, a Delaware Limited Liability Company, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT III
## REYES v. HILTON RESORTS CORPORATION

1. On and prior to January 10, 2014, Defendant, HILTON RESORTS CORPORATION, a Delaware Corporation, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, HILTON RESORTS CORPORATION, operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant HILTON RESORTS CORPORATION, maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant HILTON RESORTS CORPORATION, managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, HILTON RESORTS CORPORATION, transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, ILIANA REYES ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace,

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 7 of 17

Illinois.

7. On and prior to January 10, 2014, the plaintiff, ILIANA, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including ILIANA, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, ILIANA slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant HILTON RESORTS CORPORATION, knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including ILIANA, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant HILTON RESORTS CORPORATION, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, ILIANA.

13. Defendant, HILTON RESORTS CORPORATION, carelessly and negligently breached its duty in one or more of the following ways:

    a) Maintained the premises of the hotel in an unreasonably dangerous condition;

    b) Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;

    c) Failed to warn hotel patrons and/or guests of a puddle of

7

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 8 of 17

water on Defendant's premises; and

d) Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.

14. As a direct and proximate cause of defendant **HILTON RESORTS CORPORATION'S** careless and negligent acts or omissions, **ILIANA** suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

**WHEREFORE**, the plaintiff, **ILIANA REYES**, asks that judgment be entered against defendant, **HILTON RESORTS CORPORATION**, a Delaware Corporation, in a fair and just amount in excess of **FIFTY THOUSAND DOLLARS ($50,000.00)**.

## COUNT IV
## REYES v. HILTON SYSTEMS SOLUTIONS, LLC

1. On and prior to January 10, 2014, Defendant, **HILTON SYSTEMS SOLUTIONS, LLC**, a Delaware Limited Liability Company, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, **HILTON SYSTEMS SOLUTIONS, LLC**, operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant **HILTON SYSTEMS SOLUTIONS, LLC**, maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant **HILTON SYSTEMS SOLUTIONS, LLC**, managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10

8

Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, HILTON SYSTEMS SOLUTIONS, LLC, transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, ILIANA REYES ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, ILIANA, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including ILIANA, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, ILIANA slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant HILTON SYSTEMS SOLUTIONS, LLC, knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including ILIANA, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant HILTON SYSTEMS SOLUTIONS, LLC, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, ILIANA.

13. Defendant, HILTON SYSTEMS SOLUTIONS, LLC, carelessly and negligently

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 9 of 17

9

breached its duty in one or more of the following ways:

  a) **Maintained the premises of the hotel in an unreasonably dangerous condition;**

  b) **Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;**

  c) **Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and**

  d) **Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.**

14. As a direct and proximate cause of defendant HILTON SYSTEMS SOLUTIONS, LLC'S careless and negligent acts or omissions, ILIANA suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, ILIANA REYES, asks that judgment be entered against defendant, HILTON SYSTEMS SOLUTIONS, LLC, a Delaware Limited Liability Company, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT V
### REYES v. HILTON RESERVATIONS WORLDWIDE, LLC

1. On and prior to January 10, 2014, Defendant, **HILTON RESERVATIONS WORLDWIDE, LLC, a Delaware Limited Liability Company,** owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, **HILTON RESERVATIONS WORLDWIDE, LLC,** operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 10 of 17

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 11 of 17

3. On and prior to January 10, 2014, Defendant **HILTON RESERVATIONS WORLDWIDE, LLC,** maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant **HILTON RESERVATIONS WORLDWIDE, LLC,** managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, **HILTON RESERVATIONS WORLDWIDE, LLC,** transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, **ILIANA REYES ("ILIANA")**, was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, **ILIANA**, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including **ILIANA**, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, **ILIANA** slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant **HILTON RESERVATIONS WORLDWIDE, LLC,** knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including **ILIANA**, as a result

11

of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant HILTON RESERVATIONS WORLDWIDE, LLC, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, ILIANA.

13. Defendant, HILTON RESERVATIONS WORLDWIDE, LLC, carelessly and negligently breached its duty in one or more of the following ways:

    a) **Maintained the premises of the hotel in an unreasonably dangerous condition;**

    b) **Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;**

    c) **Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and**

    d) **Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.**

14. As a direct and proximate cause of defendant HILTON RESERVATIONS WORLDWIDE, LLC,'S careless and negligent acts or omissions, ILIANA suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, ILIANA REYES, asks that judgment be entered against defendant, HILTON RESERVATIONS WORLDWIDE, LLC, a Delaware Limited Liability Company, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT VI
## REYES v. HILTON CHICAGO CORPORATION

1. On and prior to January 10, 2014, Defendant, HILTON CHICAGO

12

CORPORATION, a Nevada Corporation, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, HILTON CHICAGO CORPORATION, operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant HILTON CHICAGO CORPORATION, maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant HILTON CHICAGO CORPORATION, managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, HILTON CHICAGO CORPORATION, transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, ILIANA REYES ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, ILIANA, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff directed its guests, including ILIANA, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, ILIANA

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 13 of 17

slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant **HILTON CHICAGO CORPORATION**, knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including **ILIANA**, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant **HILTON CHICAGO CORPORATION**, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, **ILIANA**.

13. Defendant, **HILTON CHICAGO CORPORATION**, carelessly and negligently breached its duty in one or more of the following ways:

   a) **Maintained the premises of the hotel in an unreasonably dangerous condition;**

   b) **Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;**

   c) **Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and**

   d) **Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.**

14. As a direct and proximate cause of defendant **HILTON CHICAGO CORPORATION'S** careless and negligent acts or omissions, **ILIANA** suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering, disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

**WHEREFORE**, the plaintiff, **ILIANA REYES**, asks that judgment be entered against

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 14 of 17

defendant, **HILTON CHICAGO CORPORATION**, a Nevada Corporation, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT VII
### REYES v. HILTON ILLINOIS CORP.

1. On and prior to January 10, 2014, Defendant, **HILTON ILLINOIS CORP.**, a Nevada Corporation, owned a hotel known as Hilton Chicago/Oak Brook Suites, located at 10 Drury Lane, Oakbrook Terrace, Illinois.

2. On and prior to January 10, 2014, Defendant, **HILTON ILLINOIS CORP.**, operated Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

3. On and prior to January 10, 2014, Defendant **HILTON ILLINOIS CORP.**, maintained Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

4. On and prior to January 10, 2014, Defendant **HILTON ILLINOIS CORP.**, managed, controlled and/or was in charge of Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

5. On and prior to January 10, 2014, Defendant, **HILTON ILLINOIS CORP.**, transacted business in Cook County, Illinois.

6. On and prior to January 10, 2014, the Plaintiff, **ILIANA REYES** ("ILIANA"), was a guest at Hilton Chicago/Oak Brook Suites located 10 Drury Lane, Oakbrook Terrace, Illinois.

7. On and prior to January 10, 2014, the plaintiff, **ILIANA**, was lawfully upon the premises located at 10 Drury Lane, Oakbrook Terrace, Illinois.

8. On and prior to January 10, 2014, the main elevators in the lobby at Hilton Chicago/Oak Brook Suites were not in service.

9. On and prior to January 10, 2014, the Hilton Chicago/Oak Brook Suites staff

directed its guests, including **ILIANA**, to use the service elevator at the rear of Defendant's hotel lobby because the hotel's main elevators were not in service.

10. On January 10, 2014, while a guest at Hilton Chicago/Oak Brook Suites, **ILIANA** slipped and fell on a puddle of water located in the rear of Defendant's hotel lobby near the service elevator.

11. On January 10, 2014, Defendant **HILTON ILLINOIS CORP.**, knew, or in the exercise of reasonable care, should have known that its premises was unreasonably dangerous for persons lawfully upon those premises, including **ILIANA**, as a result of the manner in which Defendant's floor was maintained near the service elevator.

12. Defendant **HILTON ILLINOIS CORP.**, owed a duty to exercise ordinary care and caution in the ownership, operation, maintenance, management, control, and repair of the premises for the use of patrons lawfully on the premises, including, **ILIANA**.

13. Defendant, **HILTON ILLINOIS CORP.**, carelessly and negligently breached its duty in one or more of the following ways:

   a) **Maintained the premises of the hotel in an unreasonably dangerous condition;**

   b) **Failed to remove the puddle of water from the floor in Defendant's premises in a timely manner;**

   c) **Failed to warn hotel patrons and/or guests of a puddle of water on Defendant's premises; and**

   d) **Failed to warn patrons of the precarious nature of a puddle of water on Defendant's premises.**

14. As a direct and proximate cause of defendant **HILTON ILLINOIS CORP.'S** careless and negligent acts or omissions, **ILIANA** suffered injuries of a personal and pecuniary nature including, but not limited to, a ruptured right hamstring and deep vein thrombosis in her injured leg, which required surgery and significant post-surgical treatment, pain and suffering,

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 16 of 17

disability and disfigurement, lost wages and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, ILIANA REYES, asks that judgment be entered against defendant, HILTON ILLINOIS CORP., a Nevada Corporation, in a fair and just amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

Respectfully submitted,
LEVIN & PERCONTI

BY: _____
Attorneys for Plaintiff

ELECTRONICALLY FILED
1/5/2016 4:28 PM
2016-L-000082
PAGE 17 of 17

MICHAEL F. BONAMARTE
ANDREW J. THUT
LEVIN & PERCONTI (#55019)
325 North LaSalle Street
Suite 450
Chicago, Illinois 60654
(312) 332-2872
(312) 332-3112 *facsimile*